```
DISTRICT COURT OF THE VIRGIN ISLANDS
       DIVISION OF ST. CROIX
```

UNITED STATES OF AMERICA,

Mg. 2007/0046

vs

*Aliston Simon*

### MEMORANDUM RECORD OF PROCEEDING

Defendant appeared before George W. Cannon, Jr. U.S. Magistrate Judge on the 28th day of December 2007 at 9:00am (time), (before) (after) the filing of the Complaint in the above cause, a copy of which (was) (was not) given to the defendant. The defendant was informed of the complaint and constitutional rights and statutory rights including:

(X) Right to counsel of own choosing; (X) Right to remain silent; if a voluntary statement is made, it could be used against him/her; (X) Right to preliminary examination; (X) Right to bail.

The defendant was also advised that if he/she is unable to hire a lawyer that one would be provided without cost; You have a right to talk to the lawyer before answering questions and to have the lawyer present during any questioning or statement which may be made; and that if willing to make a statement, You have the right to stop at any time they wish; You have a right to obtain assistance of the court's officers in serving witnesses on defendant's behalf. At the time of appearance, defendant (was) (was not) in custody.

### ORDER

Upon the record of proceeding, it is hereby;

ORDERED THAT DEFENDANT BE RELEASED FROM CUSTODY UPON EXECUTION OF:

☐ An unsecured Appearance Bond in the amount of $10,000.00, Custody and Bond.
☐ An Appearance Bond in the amount of $_____ with security of ten percent (10%) of the face amount of the bond.
☐ Bail Bond with one or more sureties or deposit of cash in lieu thereof, in the amount of $_____.

☐ Other conditions: _____

01/02/08 Advise of rights hearing held

Page 2
Minutes of Proceedings

Attorney <u>Federal Public Defender</u> appointed to represent defendant.

You are to sign in at the U.S. Marshal's Office each Wednesday at 9:30 A.M., at District Court, located at 3013 Golden Rock, Christiansted, St. Croix.

Dated: 01/02/08

                                              George W. Cannon
                                            U.S. Magistrate Judge

      I certify that I truly and accurately interpreted the statement of the Judge from English to _____ a language which the defendant understands.

                                              Interpreter

Defendant's Date of Birth: _____ Age: _____

Residence Address: _____

Mailing Address: _____

City: _____

Island (State): _____

Home Phone: _____ Business Phone: _____

Arresting Officer: _____

Date of Arrest: _____

      I certify that I received a copy of this Memorandum Record of Proceeding.

_____      _____